1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMALL BUSINESS NETWORK, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS COMPANY, a New York Corporation<br><br>Defendant. | CASE NO. 07 CV 0185 BTM (LSP)<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

Having reviewed Plaintiff Small Business Network, Inc. ("Plaintiff") and Defendant American Express Company's ("Amex") Joint Motion for Extension of Time to Respond to the Complaint, the Court finds that there is good cause to grant the Motion. Therefore, it is hereby:

**ORDER AND ADJUDGED THAT:**

The time within which Amex shall move, plead, or otherwise respond to Plaintiff's Complaint shall be and hereby is extended from June 19, 2007 for an additional period of twenty-one (21) days, up to and including July 10, 2007.

Dated: June 19, 2007

Honorable Barry Ted Moskowitz
United States District Judge