1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMALL BUSINESS NETWORK, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS COMPANY, a New York Corporation<br><br>Defendant. | CASE NO. 07 CV 0185 BTM (LSP)<br><br>**ORDER FOR STAY PENDING OUTCOME OF TTAB PROCEEDING** |

Having reviewed Plaintiff Small Business Network, Inc. ("Plaintiff") and Defendant American Express Company's ("Amex") Joint Motion for Stay Pending Outcome of TTAB Proceeding, the Court finds that there is good cause to grant the Motion.  Therefore, it is hereby:

**ORDERED AND ADJUDGED THAT:**

A stay of this action shall be in effect for 90 days from the date of this Order.  If at that time, no decision has been reached by the TTAB in Cancellation Proceeding No. 92043745, the parties may move for a continuation of the stay.

**IT IS FURTHER ORDERED THAT** the Court's July 11, 2007 Order setting an Early Neutral Evaluation Conference for August 8, 2007 is hereby vacated.

Dated: July 13, 2007

_____
Honorable Barry Ted Moskowitz
United States District Judge